# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GIBRALTAR ROCK, INC. AND SAHARA SAND, INC. | : | No. 508 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| NEW HANOVER TOWNSHIP | : | |
| | : | |
| | : | |
| JOHN AUMAN, DAVID EDDINGER, | : | |
| DAWNA EDDINGER, CAROL STEVENS, | : | |
| Intervenors | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: NEW HANOVER | : | |
| TOWNSHIP | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.